# PINCUS LAW LLC

90 Broad Street, 23rd Floor
New York, New York 10004

---

Mark S. Pincus
Managing Member

Telephone: (212) 962-2900
Facsimile: (347) 803-1789
Email: mark@pincus-law.com

Admitted NY & NJ

September 9, 2020

BY ECF
Hon. Sarah L. Cave, U.S.D.J.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *Jaffee v. Brooklyn Standard Properties, LLC*, Case No. 1:19-cv-08102-KMW-SLC

Dear Judge Cave:

My firm represents Plaintiffs in the above-named matter. With consent of opposing counsel, I write respectfully to (a) seek adjournment of the settlement conference currently scheduled for September 23, 2020 to a date in the second half of October and (b) seek adjournment of the discovery deadlines in this case.

The settlement conference previously was scheduled for June 3 and was adjourned by this Court to August 13 and then September 23, each time on consent. Due to difficulties posed by COVID-19, Defendants did not produce their documents (consisting of more than 16,000 documents) until the end of August. Plaintiffs also still are waiting on productions from two key third parties, one of which has indicated it will be sending its documents soon. It is our view that a settlement discussion will be more productive in the second half of October, after Plaintiffs have been able to review Defendants' documents and both parties have been able to review documents produced by third parties.

Also, based on the delays caused by COVID-19 and the FINRA arbitration hearing dates that Plaintiffs' counsel has scheduled in *Izzo v. Voya*, Case No. 16-02322 from November 2-30, 2020 and January 11-29, 2021, I respectfully request that this Court adjust the discovery calendar as proposed below:

PINCUS LAW LLC

Hon. Sarah L. Cave, U.S.D.J.
September 9, 2020
Page 2

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Close of Fact/Expert Discovery | 10/31/2020 & 11/30/2020 | 3/31/2021 |
| Close of All Discovery | 1/31/2021 | 4/30/2021 |

Respectfully submitted,

s/ Mark S. Pincus

> The Court will hold a telephone conference on **Wednesday, September 16, 2020** to discuss the requested extension of the discovery schedule.  The parties are directed to call the Court's conference line at 866-390-1828, access code: 380-9799, at the scheduled time
>
> The request to adjourn the settlement conference is GRANTED and Court will issue an amended settlement conference schedule by separate order.
>
> The Clerk of Court is respectfully directed to close the Letter Motion at ECF No. 35.
>
> SO ORDERED           9/10/2020
>
> _____
> SARAH L. CAVE
> United States Magistrate Judge